UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. KEELER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHAN SHELDON,<br><br>　　　　　Defendant. | No. 2:16-cv-2206 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has renewed her request for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 5.

Plaintiff's renewed IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff has monthly income of $1,521 from "Soc Sec" and $2,200 from "workers comp." ECF No. 5. Although plaintiff asserts that she supports "self, daughter + boyfriend," she does not indicate how much she contributes, information that the form requires. Plaintiff therefore has failed for the second time to show that she cannot pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 5) is DENIED.

////

1

2. Plaintiff is granted 30 days from the date of this order to pay the filing fee. Plaintiff is cautioned that failure to timely pay the filing fee may result in a recommendation that this action be dismissed.

DATED: October 25, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2