UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. KEELER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNATHAN SHELDON,<br><br>　　　　　　Defendant. | No. 2:16-cv-2206 MCE AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has again renewed her request for leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 7.

Plaintiff's renewed IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff has monthly income of $1,521 from "Soc Disability" and $2,200 from "workmans." ECF No. 7. Although plaintiff asserts that she supports "self & daughter 80%," and "boyfriend 20%" the form does not explain what the percentages mean, nor how much money (in dollars), plaintiff spends on each dependent, and for which expense. Plaintiff therefore has failed for the third time to show that she cannot pay the filing fee.

To assist plaintiff, the court is appending the current version of the IFP form, which shows more clearly how plaintiff can make the required showing.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 7), is DENIED.

2. Plaintiff is granted 30 days from the date of this order to renew her application or to pay the filing fee. Plaintiff is cautioned that failure to timely comply with this order may result in a recommendation that this action be dismissed.

DATED: December 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE